UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MD SHAHIN, on behalf of himself and all
others similarly situated,

                                                                                                                            JUDGMENT

                           Plaintiff,                                             19-cv-02070 (DLI)(PK)

   v.

CLIENT SERVICES, INC., and
CSI INTERCO, LLC
                          Defendants.
-----------------------------------------------------------------X

       A Summary Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on March 30, 2020, granting Defendants' motion to dismiss; and dismissing the Complaint with prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that the Complaint is dismissed with prejudice.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       March 31, 2020                                           Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk